# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>John Hall, Bonita Franks, Vernon Dennis, Kim Pindak, Ronald Portis, William Johnson, McArthur Hubbard, Leo Behrens, Natalie Troupe and George Gardner<br>v.<br>City of Chicago | Case Number: 12 C 6834 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiffs John Hall, Bonita Franks, Vernon Dennis, Kim Pindak, Ronald Portis, William Johnson, McArthur Hubbard, Leo Behrens, Natalie Troupe and George Gardner

| |
|---|
| NAME (Type or print)<br>Mark G. Weinberg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Mark G. Weinberg |
| FIRM<br>Law Office of Mark G. Weinberg |
| STREET ADDRESS<br>3612 N. Tripp |
| CITY/STATE/ZIP<br>Chicago, Illinois 60641 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6199578` | 773-283-3913 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐