**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN HALL, et al., individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | No. 12 C 6834 |
| Plaintiffs, | ) | Judge Leinenweber |
| | ) | Magistrate Judge Gilbert |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY**

Plaintiffs, through counsel, respectfully move this Honorable Court for entry of an order permitting Plaintiffs to conduct limited discovery. In support thereof, Plaintiffs state as follows:

1. This proposed class action lawsuit challenges the City's practice of detaining citizens without their consent for the purpose of filling out Contact Cards to gather data to use in future investigations. On information and belief, this practice results in daily violations of hundreds of Chicago residents' constitutional rights.

2. Defendant City of Chicago and the Defendant police officers filed motions to dismiss on April 16, 2013 (Dkts. 37 and 39). Those motions have now been pending for six months.

3. Plaintiffs have also filed a motion for a preliminary injunction seeking to stop the City's unconstitutional practice (Dkt. 7). Ruling on this motion has been stayed until after the court decides the motion to dismiss.

4. The unconstitutional practice being challenged in this lawsuit is ongoing. Several of the named Plaintiffs have been seized and detained to fill out Contact Cards while the motions to dismiss have been pending.

5. The rights of Plaintiffs and the class members are being compromised on an ongoing basis.

1

6. Plaintiffs are requesting leave to serve written discovery (document requests and interrogatories) concerning the following topics, which will be relevant to Plaintiffs' request for injunctive relief:

   a. Whether the challenged practice is ongoing, and if it has been changed or modified in any way during the pendency of the case; and

   b. Whether and/or when the named Plaintiffs have been detained to fill out Contact Cards during the pendency of the case.

7. This discovery would pose a minimal burden to Defendants, while providing a substantial benefit to the Plaintiffs in the case.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an order granting Plaintiffs leave to conduct limited discovery as outlined above.

Respectfully submitted,

/s/ Mark G. Weinberg

/s/ Adele D. Nicholas
*Counsel for Plaintiffs*

Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, IL 60641
(773) 283-3913

Adele D. Nicholas
4510 N. Paulina Street, 3E
Chicago, Illinois 60640
847-361-3869