# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JOHN HALL, et al., individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | No. 12 C 6834 Judge Leinenweber Magistrate Judge Gilbert |
| v. ) ) | |
| CITY OF CHICAGO, a municipal corporation; ) ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:   Allan T. Slagel
      Shefsky & Froelich
      111 East Wacker, Suite 2800
      Chicago, Illinois 60601

   Please take notice that on Thursday, October 17, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Harry D. Leinenweber, in courtroom 1941 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and there and the present the attached **Motion for Leave to Conduct Limited Discovery.**

## CERTIFICATE OF SERVICE

   I, Adele D. Nicholas, certify that on October 11, 2013, I filed this notice and the above-described document through the District Court's CM/ECF system, thereby causing service upon all counsel of record.

                                            /s/ Adele D. Nicholas
                                            *Counsel for Plaintiffs*

Adele D. Nicholas
4510 N. Paulina Street, 3E
Chicago, Illinois 60640
(847) 361-3869