IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN HALL, et al., | ) | |
| | ) | No. 12 C 6834 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Leinenweber |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Gilbert |
| | ) | |
| Defendants. | ) | |

APPENDIX OF EXHIBITS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Example Contact Card .................................................................................. Exhibit 1
Special Order 03-19 (June 13, 2003) ........................................................... Exhibit 2
Special Order 04-13-09 (Sept. 8, 2011) ....................................................... Exhibit 3
Special Order 04-13-09 (Feb. 23, 2012) ...................................................... Exhibit 4
Special Order 04-13-09 (April 3, 2014) ....................................................... Exhibit 5
Special Order 04-13-09 (January 1, 2017) .................................................. Exhibit 6
Special Order 04-13-09 (July 10, 2017) ...................................................... Exhibit 7
Contact Cards and ISRs By District ............................................................ Exhibit 8
Zack Kertcher Expert Report ....................................................................... Exhibit 9
Bob Stewart Expert Report .......................................................................... Exhibit 10
Deposition of Officer Jeffrey Zwit ............................................................... Exhibit 11
Deposition of Officer Daniel Town .............................................................. Exhibit 12
Deposition of Sergeant Richard Hainzl ....................................................... Exhibit 13
Deposition of Sergeant Carol Burns ............................................................ Exhibit 14
Deposition of Officer Dollie Friloux ............................................................ Exhibit 15
Deposition of Officer Michael Wuertz ........................................................ Exhibit 16
Deposition of George Gardner ..................................................................... Exhibit 17
Deposition of Bonita Franks ......................................................................... Exhibit 18

Deposition of Kim Pindak ............................................................................... Exhibit 19

Deposition of Vernon Dennis ......................................................................... Exhibit 20

Deposition of McArthur Hubbard .................................................................. Exhibit 21

Deposition of John Hall .................................................................................. Exhibit 22

List of Contact Cards for George Gardner ................................................... Exhibit 23

List of Contact Cards for Bonita Franks ....................................................... Exhibit 24

List of Contact Cards for Kim Pindak ........................................................... Exhibit 25

List of Contact Cards for Vernon Dennis ..................................................... Exhibit 26

List of Contact Cards for McArthur Hubbard ............................................. Exhibit 27

List of Contact Cards for John Hall .............................................................. Exhibit 28

Deposition of David Jarmusz ......................................................................... Exhibit 29

Deposition of Captain Karyn Murphy .......................................................... Exhibit 30

Deposition of Lieutenant Edwin Kaup ......................................................... Exhibit 31

Deposition of Officer Jon Patterson .............................................................. Exhibit 32

Deposition of Garry McCarthy ...................................................................... Exhibit 33

Deposition of Stephen Parker ........................................................................ Exhibit 34

Deposition of Officer Richard Peplinski ...................................................... Exhibit 35

Special Order 04-13-09 (January 1, 2016) ................................................... Exhibit 36

ISR System Training (Excerpts) .................................................................... Exhibit 37

Training Calendars .......................................................................................... Exhibit 38

ASK ISR Email ................................................................................................ Exhibit 39

CompStat Meeting Notes 2-15-12 (Excerpt) ............................................... Exhibit 40

CompStat Meeting Notes 10-17-11 (Excerpt) ............................................. Exhibit 41

CompStat Meeting Notes 8-12-11 (Excerpt) ............................................... Exhibit 42

CompStat Meeting Notes 5-2-12 (Excerpt) ................................................. Exhibit 43

CompStat Meeting Notes 3-6-13 (Excerpt) ................................................. Exhibit 44

CompStat Meeting Notes 5-20-13 (Excerpt) ............................................... Exhibit 45

CompStat Meeting Notes 8-5-11 (Excerpt) ................................................. Exhibit 46

6-4-14 Contact Card for George Gardner .................................................... Exhibit 47

12-5-11 Contact Card for George Gardner .................................................. Exhibit 48

3-27-11 Contact Card for Bonita Franks .................................................. Exhibit 49

9-28-15 Contact Card for Bonita Franks .................................................. Exhibit 50

6-24-14 Contact Card for John Hall ........................................................ Exhibit 51

1-20-13 Contact Card for Kim Pindak ..................................................... Exhibit 52

4-30-10 Contact Card for McArthur Hubbard ......................................... Exhibit 53

8-1-13 Contact Card for Vernon Dennis .................................................. Exhibit 54

Seattle Police Department Policy 6.220 .................................................. Exhibit 55

Deposition of Erin Hansen ....................................................................... Exhibit 56

9-7-11 Contact Card for John Hall .......................................................... Exhibit 57

11-5-15 Contact Card for Kim Pindak ..................................................... Exhibit 58

Street Stops Supreme Court Guidelines Training Video ......................... Exhibit 59