**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN HALL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 12 C 6834 |
| v. | ) | |
| | ) | Judge Leinenweber |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Gilbert |
| | ) | |
| Defendants. | ) | |

**_UNOPPOSED_ MOTION FOR LEAVE TO FILE BRIEF**
**AND STATEMENT OF FACTS IN EXCESS OF LIMITATIONS**

Defendant City of Chicago ("City"), by and through its undersigned counsel, respectfully

moves this Court for leave to file its combined Motion for Summary Judgment and Opposition to

Plaintiffs' Motion for Summary Judgment (Dkt. 168) not in excess of 50 pages, and its Rule 56.1

Statement of Facts in support of City's motion for summary judgment and opposition to Plaintiffs'

Motion for Summary Judgment not to exceed 85 paragraphs. In support of City's request, and

Plaintiffs having no objection, City states as follows:

1.      On April 17, 2018, this Court entered ordered "Briefs shall exceed the page limit

as stated on the record." *See* Dkt. 163. At the hearing, the Court ordered a 40-page limit with

respect to the pleadings.

2.      On June 21, 2018, this Court granted plaintiffs' request to file a 54 page motion for

summary judgment and a 97 paragraph L.R. 56.1 statement of facts. *See* Dkt. 171.

3.      This motion is filed to ensure compliance with this Court's April 17, 2018 order.

City respectfully requests leave to file its single, combined Motion for Summary Judgment and

Opposition to Plaintiffs' Motion for Summary Judgment not in excess of 50 pages. City further

seeks leave to file its L.R. 56.1 Statement of Facts in support of City's motion for summary judgment and opposition to Plaintiffs' motion for summary judgment not in excess of 85 paragraphs, which is five paragraphs over the limit set forth in L.R. 56.1. City, however, does not intend to file a separate statement of additional facts in response to Plaintiffs' motion for summary judgment, which allows for 40 paragraphs under L.R. 56.1 (b)(3)(C).

4.      The relief sought by City will not delay these proceedings or prejudice plaintiffs.

5.      Plaintiffs have no objection to City's request.

WHEREFORE, City of Chicago respectfully requests this Court grant it leave to file its combined Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment (Dkt. 168) not in excess of 50 pages, and its Rule 56.1 Statement of Facts in support of City's motion for summary judgment not to exceed 85 paragraphs, and for such other relief the Court deems just and proper.

Dated:  August 28, 2018

Respectfully submitted,
**CITY OF CHICAGO**

/s/ Michael P. Sheehan
By:    One of Its Attorneys

Michael P. Sheehan (ARDC No. 6238081)
Allan T. Slagel (ARDC No. 6198470)
Barton O'Brien (ARDC No. 62767718)
Ioana M. Guset (ARDC No. 6309030)
Taft Stettinius & Hollister LLP.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone:    (312) 527-4000
Email:        msheehan@taftlaw.com
                aslagel@taftlaw.com
                bobrien@taftlaw.com
                iguset@taftlaw.com

23437846_1

23437846.1